# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

BILL FURST, as Sarasota County Property Appraiser,

Appellant,

v.

BILL C. BROWN, as trustee of the Bill C. Brown Qualified Personal Residence Trust A dated 3/21/97,

Appellee.

No. 2D2024-2203

———————————————

October 15, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Anthony Manganiello, III, Jason A. Lessinger, and J. Geoffrey Pflugner of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Sarasota, for Appellant.

David A. Wallace and Corinna S. Coser of Bentley Goodrich Kison P.A., Sarasota, for Appellee.

James Uthmeier, Attorney General, Tallahassee, and Shannon R. Kelley, Assistant Attorney General, Tallahassee, for Amicus Curiae Florida Department of Revenue.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.